DUNN v. PATE

No. 238P90

Case below: 98 N.C.App. 351

Motion by plaintiffs to dismiss appeal for lack of substantial constitutional question allowed 29 August 1990. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

FIELDS v. WHITEHOUSE AND SONS CO.

No. 224P90

Case below: 98 N.C.App. 395

Petition by defendant (Whitehouse and Sons Co.) for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

GILLIKIN v. PIERCE

No. 249P90

Case below: 97 N.C.App. 332

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

GLATZ v. GLATZ

No. 231P90

Case below: 98 N.C.App. 324

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.